# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHMAN S. DUNN | Criminal Docket No.<br>1:24-cr-00044-ELR-1 |

## ORDER

The following individual has been approved for participation in RISE, the Court's accountability court program for defendants currently on supervised release: Rahman S. Dunn, 1:24-cr-00044-ELR-1.

Undersigned **DIRECTS** the Clerk of Court to reassign this case to Judge Victoria M. Calvert for all purposes. The Clerk is further **DIRECTED** to open a Reentry Court (RC) administrative case for the defendant identified above.

**IT IS SO ORDERED** this 23rd day of January, 2026.

_____
Leigh Martin May
Chief United States District Judge